SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No. EDCV 02-01355-RT                                      Date  May 2, 2003

MARCIANA GARCIA, et al , -v- CONTINENTAL AG, et al
==================================================================

PRESIDING  HONORABLE ROBERT J TIMLIN, U S DISTRICT JUDGE

| Jim Holmes, Relief | Phyllis Gunther |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |
| PLAINTIFF COUNSEL PRESENT | DEFENDANT COUNSEL PRESENT |
| David C Wright | Tammy L DeCastro |

PROCEEDINGS  SCHEDULING CONFERENCE

The Court, Judge Robert J Timlin, ORDERS the plaintiff to serve the summons and complaint on defendant, CONTINENTAL AG, no later than December 12, 2003  If the plaintiff is unable to serve defendant Continental AG on before that date, defendant Continental AG, shall be dismissed without prejudice as of December 12, 2003

Counsel agreed on settlement procedure No  3, (private mediator) under Local Rule 16-14  The Court approves the settlement procedure selection

The Court ORDERS
1) The cutoff date for non expert discovery is December 1, 2003
2) Expert discovery to be completed no later than March 1, 2004
3) The cutoff date for filing pleading type motions is July 1, 2004
4) The cutoff date for filing dispositive motions is April 19, 2004
5) The pretrial Conference is set for July 19, 2004, at 9 00 a m
6) A jury trial is set for August 3, 2004, at 8 30 a m

MINUTES FORM 90
CIVIL GENERAL





CLERK'S INITIALS jh